**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DORIS TESNIERE MEHLER,**

        **Plaintiff,**

**-vs-**                                          **Case No.  6:06-cv-936-Orl-31DAB**

**DAYTONA BEACH HEALTH AND**
**REHABILITATION L.L.C.,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on the Magistrate Judge's Notice to Show Cause (Doc. No. 26) filed December 8, 2006.

On January 23, 2007, the United States Magistrate Judge issued a report (Doc. No. 30) recommending that no sanctions be imposed but that counsel for Plaintiff admonished for his lack of diligence and candor.   No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.       The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.       Attorney Jason Harr is hereby admonished for his lack of diligence and candor.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 20th day of February, 2007.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                      GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE